# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| QUINCY DUTCHIN v. STEVEN T. MNUCHIN, *Secy Dept of Treasury* | CIVIL ACTION NO. 18-2873 |
|---|---|

## ORDER

**AND NOW**, this 12th day of March, 2019, upon consideration of Defendant's Motion for Summary Judgment (ECF 30), Plaintiff's response (ECF 33), and Defendant's reply (ECF 38), for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment is **DENIED**.

**BY THE COURT:**

**s/ Michael M. Baylson**

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 18\18-2873 Dutchin v. Mnuchin\18cv2873 Order 03112020.docx